

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TIMOTHY STEPHEN BOSSART, Defendant. | Case No. CR 18-1463-SJO<br>ORDER OF DETENTION |

Defendant's initial appearance on the complaint filed in this matter took place on July 11, 2018. The Court appointed John McNicholas from the Indigent Defense Panel to represent Defendant and appointed Patrick McLauglin from the Indigent Defense Panel to specially appear for Mr. McNicholas. Pursuant to Defendant's request, a detention hearing was continued to July 16, 2018.

On July 16, 2018, the Court conducted a detention hearing:

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving any felony that is not otherwise a crime of violence that

involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.
☒ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:
- ☒ lack of bail resources
- ☒ prior parole violation arrests and a 2013 and 2015 prior supervision violation and revocation
- ☒ outstanding warrant
- ☒ history of substance abuse

☒ mental health history

As to danger to the community:
- ☒ Allegations in present charging document involve economic danger
- ☒ Defendant's ongoing substance abuse and mental health issues
- ☒ extensive criminal history which includes violations of supervision and parole

The Court finds that there are presently no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: July 16, 2018            /s/
                        ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE